# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re: Rajpal Singh Chatha and Taranjit Kaur Chatha, Debtor(s). | Bankruptcy Case No. 17-25335 |
|---|---|
| v. Plaintiff(s), Defendant(s). | Adversary Proceeding No. |

## APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 1001-1(c) of the United States Bankruptcy Court for the Eastern District of California and Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, <u>David S. Catuogno</u> hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

La Quinta Franchising LLC.

On <u>December 20, 1990</u> (date), I was admitted to practice and am presently am in good standing in the <u>State of New Jersey</u> (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association, and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

The $225.00 fee prescribed for filing an application for admission to practice pro hac vice has been paid to the Clerk, U.S. District Court, Eastern District of California. (U.S. District Court receipt number <u>CAE200122852</u>). **[NOTE: U.S. District Court receipt number indicating payment is REQUIRED. Applications submitted without a valid U.S. District Court receipt number will NOT be processed.]**

Date: 9/9/22    Signature of Applicant: *David S. Catuogno, jr*

EDC 2-602, New. 12/2021

**Pro Hac Vice Attorney**

Applicant's Name: David S. Catuogno
Law Firm Name: K&L Gates LLP
Address: One Newark Center
10th Floor
City: Newark   State: NJ   Zip: 07102
Phone Number: (973) 848-4023
City and State of Residence: Franklin Lakes, New Jersey
Primary E-mail Address: David.catuogno@klgates.com
Secondary E-mail Address: joy.vanderweert@klgates.com

**Local Attorney**

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Geoffrey M. Davis
Law Firm Name: K&L Gates LLP
Address: 10100 Santa Monica Boulevard
Eighth Floor
City: Los Angeles   State: CA   Zip: 90067
Phone Number: (310) 552-5000
State Bar Number: SBN 214692     /s/ Geoffrey M. Davis

### ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 19, 2022

Christopher D. Jaime, Judge
United States Bankruptcy Court

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **David Salvatore Catuogno** (No. **040511990**) was constituted and appointed an Attorney at Law of New Jersey on **December 20, 1990** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 5th day of July, 20 22.

*Heather J. Baker*
Clerk of the Supreme Court

-453a-